**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| S.C. JOHNSON & SON, INC., : | |
| : | Civil No. 06-292 (FSH) |
| Plaintiff, : | |
| v. : | **O R D E R** |
| REEDSDALE SALES CORPORATION, : | |
| WESTVIEW SALES, INC., et al., : | |
| Defendants. : | |

It having been reported to the Court that the above-entitled action has been settled,

IT IS on this the 13th day of September, 2006,

ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

    /s/ Faith S. Hochberg
FAITH S. HOCHBERG, U.S.D.J.